**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

**ROGER PERRY and ROBIN PERRY** **PLAINTIFFS**

**V.** **4:18-CV-207-JLH**

**AUTO-OWNERS INSURANCE COMPANY** **DEFENDANT**

**DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

Pursuant to Fed. R. Civ. P. 56, Defendant Auto-Owners Insurance Company ("Auto-Owners") moves for summary judgment on the basis that no genuine issues of fact are present in this case, entitling it to judgment as a matter of law: Auto-Owners states as follows:

1. On September 18, 2017, Auto-Owners issued a homeowners insurance policy (No. 48-160-618-00; hereinafter the "Policy") to Plaintiffs Robin and Roger Perry ("Perrys"), which provided coverage for the Perrys' residence 8006 E. Sardis Road in Mabelvale, Arkansas.
2. The Perrys allege Auto-Owners breached the contract because it denied their claim for damages to their residence caused by water draining from their in-ground pool seeping below the surface and forcing the pool out of the ground. This water from below the surface also pushed up and damaged a portion of the concrete apron surrounding the Perrys' pool.
3. The Policy excludes losses to covered property caused directly or indirectly by "water below the surface of the ground," including "water which exerts pressure on or flows, seeps or leaks through any part of a building, sidewalk, driveway, swimming pool or other structure." The Policy also excludes losses caused by settling, shrinkage, bulging or expansion, including resultant cracking of pavement, patios, foundations, walls, floors or ceilings.

4. The Perrys seek payment for losses caused by water below the ground surface that is excluded from the Policy's coverage. Their damages are also excluded because they involve settling, shrinkage, bulging or expansion of pavement, patios, foundations, walls floors or ceilings.

5. Auto-Owners attaches the following in support of its motion

    a. Exhibit A, the Policy;

    b. Exhibit B, the deposition transcript of Roger Perry;

    c. Exhibit C, the deposition transcript of Robin Perry;

    d. Exhibit D, the report of Ralph Frye of Rimkus Engineering;

    e. Exhibit E, the August 10, 2018 letter from Danny Rothstein of Danny's Pools to the Perrys;

    f. Exhibit F, the April 27, 2017 email from Jeff Self to Robin Perry;

    g. Exhibit G, the April 16, 2017 inspection report from Aloha Pools to Robin Perry;

    h. Exhibit H, the May 10, 2016 report from Steve Ashmore to Robin Perry; and

    i. a brief in support filed contemporaneously herewith.

WHEREFORE, premises considered, Defendant Auto-Owners Insurance Company prays that this Court grant its Motion for Summary Judgment and all other relief to which it may be entitled.

Respectfully submitted,

**GILL RAGON OWEN, P.A.**
425 West Capitol Avenue, Suite 3800
Little Rock, Arkansas 72201
Telephone: (501) 376-3800
Facsimile: (501) 372-3359
Email: lee@gill-law.com

By: ______________________
Jason A. Lee

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Motion for Summary Judgment was filed electronically with the Clerk of the Court using the CM/ECF system, which shall send notification of such filing to the following, on this 9th day of May, 2019:

Timothy O. Dudley
114 S. Pulaski
Little Rock, AR 72201

______________________
Jason A. Lee