IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

ROGER PERRY and ROBIN PERRY					PLAINTIFFS

v.					NO. 4:18CV00207 JLH

AUTO-OWNERS INSURANCE COMPANY					DEFENDANT

## JUDGMENT

Pursuant to the Order entered separately today, judgment is entered in favor of Auto-Owners Insurance Company on the claim of Roger Perry and Robin Perry. The complaint of Roger Perry and Robin Perry is hereby dismissed with prejudice.

IT IS SO ORDERED this 28th day of May, 2019.

*[Signature]*

J. LEON HOLMES
UNITED STATES DISTRICT JUDGE